UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. *21-60328-ƲƇ-Smith/Valle*

18 U.S.C. § 922(a)(6)

FILED BY_____D.C.

NOV 29 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

UNITED STATES OF AMERICA

vs.

DWAYNE DALKEITH HAYDEN,
Defendant.

_____/

## INFORMATION

The United States Attorney charges that:

### COUNT 1
### False Statement to a Firearms Dealer
### (18 U.S.C. § 922(a)(6))

On or about May 4, 2021, in Broward County, in the Southern District of Florida, the

defendant,

**DWAYNE DALKEITH HAYDEN,**

in connection with the acquisition of a firearm from a federally licensed firearms dealer, did

knowingly make a false and fictitious written statement to the dealer, which statement was intended

and likely to deceive the dealer with respect to any fact material to the lawfulness of the sale and other

disposition of such firearm, in that, the defendant stated in Bureau of Alcohol, Tobacco, Firearms and

Explosives Form 4473 that he was the actual buyer of the firearm, when in truth and fact, and as the

defendant then and there well knew, he was purchasing the firearm for another person, in violation of

Title 18, United States Code, Section 922(a)(6).

It is further alleged that the firearms were:

1

1. One (1) Taurus pistol, model G2C, 9MM caliber, bearing serial number ICO26158, and

2. One (1) Taurus pistol, model G2C, 9MM caliber, bearing serial number ICO26191.

## COUNT 2
### False Statement to a Firearms Dealer
### (18 U.S.C. § 922(a)(6))

On or about August 27, 2021, in Broward County, in the Southern District of Florida, the defendant,

## DWAYNE DALKEITH HAYDEN,

in connection with the acquisition of a firearm from a federally licensed firearms dealer, did knowingly make a false and fictitious written statement to the dealer, which statement was intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the sale and other disposition of such firearm, in that, the defendant stated in Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 that he was the actual buyer of the firearm, when in truth and fact, and as the defendant then and there well knew, he was purchasing the firearm for another person, in violation of Title 18, United States Code, Section 922(a)(6).

It is further alleged that the firearms were:

1. One (1) Taurus pistol, model G3C, 9MM caliber, bearing serial number ACG055197;

2. One (1) Taurus pistol, model G3C, 9MM caliber, bearing serial number ACG038456;

3. One (1) Taurus pistol, model G3C, 9MM caliber, bearing serial number ACG048490;

4. One (1) Taurus pistol, model G3C, 9MM caliber, bearing serial number ACG048333;

5. One (1) Taurus pistol, model G3C, 9MM caliber, bearing serial number ACG051390;

6. One (1) Taurus pistol, model G3C, 9MM caliber, bearing serial number ACG051037;

7. One (1) Taurus pistol, model G3C, 9MM caliber, bearing serial number ACG055181;

8. One (1) Taurus pistol, model G2C, 9MM caliber, bearing serial number ACH114182; and

2

9. One (1) Taurus pistol, model G2C, 9MM caliber, bearing serial number ACH161428.


JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY


M. CATHERINE KOONTZ
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

DWAYNE DALKEITH HAYDEN,

_____ Defendant/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division:** (Select One)

☐ Miami ☐ Key West ☑ FTL
☐ WPB ☐ FTP

New defendant(s)  ☐ Yes  ☐ No
Number of new defendants  _____
Total number of counts  _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No** _____

    List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

    (Check only one)

    | | | |
    |---|---|---|
    | I | 0 to 5 days | ☑ |
    | II | 6 to 10 days | ☐ |
    | III | 11 to 20 days | ☐ |
    | IV | 21 to 60 days | ☐ |
    | V | 61 days and over | ☐ |

    (Check only one)

    | | |
    |---|---|
    | Petty | ☐ |
    | Minor | ☐ |
    | Misdemeanor | ☐ |
    | Felony | ☑ |

6. Has this case previously been filed in this District Court? (Yes or No) **No** _____

    If yes: Judge _____ Case No. _____
    (Attach copy of dispositive order)

    Has a complaint been filed in this matter? (Yes or No) **Yes** _____

    If yes: Magistrate Case No. 21-mj-06604-AOV _____

    Related miscellaneous numbers: _____

    Defendant(s) in federal custody as of 11/5/2021 _____

    Defendant(s) in state custody as of _____

    Rule 20 from the District of _____

    Is this a potential death penalty case? (Yes or No) **No** _____

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No** _____

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No** _____

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No** _____

M. CATHERINE KOONTZ *for* *Bvoolee Laffy*
Assistant United States Attorney
Court ID No.      A5501929

\*Penalty Sheet(s) attached

REV 3/19/21

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: DWAYNE DALKEITH HAYDEN

**Case No**: _____

Count  #: 1,2

False Statement to a Firearms Dealer

18 U.S.C. § 922(a)(6)

* **Max.Penalty**: 10 years' imprisonment; $250,000 fine; 3 years' supervised release.

Count  #:

**\*Max. Penalty:**

Count  #:

**\*Max. Penalty:**

Count  #:

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 21-60328-CR-Smith/Valle |
| | ) | |
| DWAYNE DALKEITH HAYDEN | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

Hon. Alicia O. Valle, United States Magistrate Judge
*Judge's printed name and title*